UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SANDRA LEE JACOBSON, on behalf of herself and all others similarly situated | ) ) ) | Case No.: 14-CV-00735-LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE MANAGEMENT ORDER |
| PERSOLVE, LLC, D/B/A ACCOUNT RESOLUTION ASSOCIATES, a Delaware limited liability company; and STRIDE CARD, LLC, a Colorado limited liability company, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Clerk:  Martha Parker Brown           Plaintiff's Attorney: Raeon Roulston
Reporter:  Lee-Anne Shortridge        Defendants' Attorney: Charles Messer

An initial case management conference was held on June 24, 2014.  A further case management conference is set for August 14, 2014 at 1:30 p.m.

The Court referred the parties to Magistrate Judge Cousins for a Magistrate Judge Settlement Conference with a 120-day deadline.

The discovery limits in the Federal Rules of Civil Procedure shall apply in this case.

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: October 9, 2014

CLASS CERTIFICATION BRIEFING SCHEDULE:
    Motion: February 5, 2015
    Opposition: March 5, 2015
    Reply: March 19, 2015
    Hearing: April 16, 2015 at 1:30 p.m.

1

Case No.: 14-CV-00735-LHK
CASE MANAGEMENT ORDER

DISCOVERY DEADLINES
    Opening Expert Reports: May 29, 2015
    Rebuttal Expert Reports: June 12, 2015
    Close of Fact and Expert Discovery: June 26, 2015

DISPOSITIVE MOTIONS shall be filed by July 16, 2015 and set for hearing no later than August 27, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: October 22, 2015 at 1:30 p.m.

JURY TRIAL: November 16, 2015 at 9 a.m. Trial is expected to last 4 days.

**IT IS SO ORDERED.**

Dated: June 24, 2014

                                                LUCY H. KOH
                                                United States District Judge