UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA LEE JACOBSON,<br><br>            Plaintiff,<br><br>    v.<br><br>PERSOLVE, LLC, et al.,<br><br>            Defendants. | Case No. 5:14-cv-00735 LHK (NC)<br><br>**ORDER SETTING SETTLEMENT CONFERENCE** |

This case was referred to this Court by District Judge Lucy H. Koh for a settlement conference. The conference will be held on **September 25, 2014 at 9:30 a.m.** at a location to be determined at the San Jose Courthouse, 280 South First Street, San Jose.  If a party is unable to participate in the conference on this date, that party must meet and confer with opposing counsel to find another date on which all parties are available and then contact courtroom deputy Lili Harrell as soon as possible at Lili_Harrell@cand.uscourts.gov or 415.522.2039.  Please see this Court's Settlement Conference Standing Order for more information.

IT IS SO ORDERED.

DATED: July 8, 2014

_____
NATHANAEL M. COUSINS
United States Magistrate Judge