**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SANDRA LEE JACOBSON, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PERSOLVE, LLC, D/B/A ACCOUNT RESOLUTION ASSOCIATES, a Delaware limited liability company; and STRIDE CARD, LLC, a Colorado limited liability company, <br><br> Defendants. | Case No.: 14-CV-00735-LHK <br><br> CASE MANAGEMENT ORDER |

The Court continues the October 8, 2014 case management conference to January 28, 2015 at 2 p.m.

The Court denies Defendants' request to amend the class certification briefing schedule.

The Court grants Plaintiff's request to extend the deadline within which to amend her pleadings to add new parties. Plaintiff shall file any amended pleadings by November 10, 2014. The case schedule otherwise remains as set.

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: November 10, 2014

CLASS CERTIFICATION BRIEFING SCHEDULE:
    Motion: February 5, 2015
    Opposition: March 5, 2015
    Reply: March 19, 2015
    Hearing: April 16, 2015 at 1:30 p.m.

DISCOVERY DEADLINES
    Opening Expert Reports: May 29, 2015
    Rebuttal Expert Reports: June 12, 2015
    Close of Fact and Expert Discovery: June 26, 2015

1

Case No.: 14-CV-00735-LHK
CASE MANAGEMENT ORDER

DISPOSITIVE MOTIONS shall be filed by July 16, 2015 and set for hearing no later than August 27, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: October 22, 2015 at 1:30 p.m.

JURY TRIAL: November 16, 2015 at 9 a.m. Trial is expected to last 4 days.

**IT IS SO ORDERED.**

Dated: October 7, 2014

_____
LUCY H. KOH
United States District Judge