1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11
12

SANDRA LEE JACOBSON,

Case No.:  14-CV-00735-LHK

13

Plaintiff,

**CASE MANAGEMENT ORDER**

14

v.

15

PERSOLVE, LLC, et al.,

16

Defendants.

17
18

A further case management conference is set for April 29, 2015, at 2:00 p.m. The parties shall file their joint case management statement by April 22, 2015.

19
20

The Court denied Plaintiff's request to extend the deadline to amend or add parties.

21

The Court amended the case schedule as follows:

22

CLASS CERTIFICATION

23

Last day to file motion: April 6, 2015
Hearing: June 4, 2015

24

FACT DISCOVERY CUTOFF: August 13, 2015

25

EXPERT DISCOVERY:

26

Opening Reports: July 16, 2015
Rebuttal Reports: July 30, 2015

27

Close of Expert Discovery: August 13, 2015

28

1

United States District Court
Northern District of California

1   DISPOSITIVE MOTIONS shall be filed by September 3, 2015, and set for hearing no later than
2        October 15, 2015 at 1:30 p.m.  The parties are limited to one dispositive motion per side in
         the entire case.

3   FINAL PRETRIAL CONFERENCE: December 17, 2015, at 1:30 p.m.

4   JURY TRIAL: January 25, 2016, at 9:00 a.m. Trial is expected to last 4 days.

5   **IT IS SO ORDERED.**

6   Dated: January 28, 2015

7                                                        _Lucy H. Koh_____

8                                                        LUCY H. KOH
                                                         United States District Judge

Case No.: 14-CV-00735-LHK
CASE MANAGEMENT ORDER

2