# EXHIBIT A

{Exhibt };1}

REDACTED VERSION OF DOCUMENT(S)
SOUGHT TO BE SEALED