```
Charles R. Messer (SBN: 101094)
messerc@cmtlaw.com
David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN: 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendants,
PERSOLVE, LLC and STRIDE CARD, LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LEE JACOBSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PERSOLVE, LLC, D/B/A ACCOUNT RESOLUTION ASSOCIATES, a Delaware limited liability company; and STRIDE CARD, LLC, a Colorado limited liability company,<br><br>Defendants | Case No. 5:14-cv-00735-LHK<br><br>**DECLARATION OF BILL FINLEY IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Lucy H. Koh<br><br>Date:  June 4, 2015<br>Time: 1:30 p.m.<br>Ctrm:  8 |

## DECLARATION OF BILL FINLEY

I, Bill Finley, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true and correct:

1. I am the Chief Financial Officer of Defendant Persolve, LLC ("Persolve").

2. I make this Declaration in Support of Persolve, LLC's Opposition to Plaintiff Sandra Jacobson's ("Plaintiff")'s Motion for Class Certification.

3. The information contained in this Declaration is based upon personal knowledge gained through tenure with Persolve, as well as my review of relevant business records.[1]

4. A series LLC is a master LLC whose organizing document provides for separate sub-units (series), which operate as independent LLCs. Persolve, LLC, as a master LLC, has issued Persolve, LLC-Legal-Series 2 ("PL"2) and Persolve Legal-Series 1 ("PL1"). PL2 is the entity that sent the collection letter at issue.

5. PL1 had nothing to do with collection on Plaintiff's account.

6. As a master LLC, Persolve does not have independent financials. Persolve, LLC takes no actions of its own and only acts through PL1 and PL2. Persolve Legal-Series 3 ("PL3") also existed at the time of the formation of the master LLC but that entity was dissolved on June 30, 2013 as part of a merger. Persolve has provided Plaintiff the merger agreement and plan of reorganization. (PER001361-71)

7. The only existing Persolve entities with financials are PL1 and PL2.

8. A true and correct copy of the balance sheet for the year ending December 31, 2013 for PL2 is attached hereto as Exhibit A (PER00046). The net worth of PL2 as of December 31, 2013 was negative $659,695.

9. A true and correct copy of the statement of operations for the year ending December 31, 2014 for PL2 is attached hereto as Exhibit B. This shows a net income of $186,116.

10. The net worth of PL2 for the year ending December 31, 2014 was negative $473,579. A true and correct copy of the balance sheet for the year ending December 31, 2014 for PL2 is attached hereto as Exhibit C.

---

[1] All documents reviewed in preparation of this Declaration were made in the regular course of Persolve's business and it was the regular course of Persolve's business to make such records within a reasonable time of the transactions or occurrences reflected in the documents.

11.     A true and correct copy of the balance sheet for the year ending December 31, 2013 for PL1 is attached hereto as Exhibit D (PER001359). The net worth of PL1 as of December 31, 2013 was $194,008.

12.     The net worth of PL1 for the year ending December 31, 2014 was 275,297. A true and correct copy of the balance sheet for the year ending December 31, 2014 for PL1 is attached hereto as Exhibit E.

13.     The files of Persolve, PL1 nor PL2 do not reflect whether the transactions that comprise the unpaid balance on Sandra Jacobson's account, or those comprising the unpaid balance of any member of the purported class, were incurred primarily for personal, family, or household purposes.

14.     Persolve was assigned Plaintiff's account in the amount of $7,721.64 by Stride Card. The account related to a debt owed to Wells Fargo. Such amount is still owed in full by Plaintiff.

15.     With respect to (a) accounts originally owed to Wells Fargo; (b) assigned to Persolve for collection; (c) whereby a collection letter similar to the one sent to Plaintiff by Persolve was sent, the amounts owed on those accounts have an average balance of $10,041.52 with a high balance of $63,677.65.

16.     With respect to the letter template used for the March 4, 2013 to Plaintiff that inadvertently omitted identification of the current creditor, this template is no longer being used by Persolve.

Executed on this 17th day of April, 2015 at Northridge, CA.

_____
Bill Finley