United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA LEE JACOBSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PERSOLVE, LLC, et al.,<br>　　　　　Defendants. | Case No.  14-cv-00735-LHK<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 97 |

　　　　Having reviewed Plaintiff's motion, ECF No. 97, Magistrate Judge Howard R. Lloyd's April 1, 2015 order, ECF No. 94, and the parties' submissions with respect to Judge Lloyd's order, ECF No. 85, the Court concludes that Judge Lloyd's decision granting in part and denying Plaintiff's motion to compel was neither "clearly erroneous" nor "contrary to law." Fed. R. Civ. P. 72(a). Accordingly, the Court DENIES Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge under Rule 72(a).

　　　　The Court DENIES without prejudice Plaintiff's administrative motion to file under seal, ECF No. 98. Plaintiff has failed to show "good cause" to seal the information contained in Exhibit D. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that

1

Case No.14-cv-00735-LHK
ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE

1  "good cause" standard applies to sealing requests attached to nondispositive motions). The "good
2  cause" standard requires a "particularized showing" that "specific prejudice or harm will result" if
3  the information is disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206,
4  1210–11 (9th Cir. 2002) (internal quotation marks omitted); *see* Fed. R. Civ. P. 26(c). "Broad
5  allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not
6  suffice. *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

Plaintiff shall file any renewed motion to seal within 7 days of this order.

**IT IS SO ORDERED.**

Dated: April 23, 2015

_____
LUCY H. KOH
United States District Judge

2
Case No.14-cv-00735-LHK
ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE