United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SANDRA LEE JACOBSON,

           Plaintiff,

       v.

PERSOLVE, LLC, et al.,

          Defendants.

Case No.14-cv-00735-LHK

**CASE MANAGEMENT ORDER**

Plaintiff's Attorney: Raeon Roulston
Defendant's Attorney: Stephen Watkins

     A case management conference was held on June 17, 2015.  A further case management conference is set for September 23, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by September 15, 2015.

     The Court DENIED Defendant's request to amend the case schedule. The case schedule remains as set.

     The Court referred the parties to a settlement conference with Magistrate Judge Cousins with a deadline of September 14, 2015.

1

Case No. 14-cv-00735-LHK
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: June 17, 2015

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case No. 14-cv-00735-LHK
CASE MANAGEMENT ORDER

United States District Court
Northern District of California