# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SANDRA LEE JACOBSON,<br><br>    Plaintiff,<br><br>    v.<br><br>PERSOLVE, LLC, et al.,<br><br>    Defendanst. | Case No. 5:14-cv-00735 LHK (NC)<br><br>**ORDER CONTINUING<br>SETTLEMENT CONFERENCE** |

The settlement conference scheduled for August 14, 2015 is continued to September 4, 2015 at 9:30 a.m. The parties and counsel are ordered to attend if motion for approval of settlement is not filed by this date.  The parties must submit an update by September 2.

IT IS SO ORDERED.

DATED:   August 14, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge