United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA LEE JACOBSON,<br><br>        Plaintiff,<br><br>    v.<br><br>PERSOLVE, LLC, et al.,<br><br>        Defendants. | Case No. 14-CV-00735-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for September 23, 2015 at 2 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, September 21, 2015 at 10 a.m.  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED.**

Dated: September 17, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No. 14-CV-00735-LHK
ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT