Charles R. Messer (SBN: 101094)
messerc@cmtlaw.com
David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN: 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendants,
PERSOLVE, LLC and STRIDE CARD, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LEE JACOBSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>PERSOLVE, LLC, D/B/A ACCOUNT RESOLUTION ASSOCIATES, a Delaware limited liability company; and STRIDE CARD, LLC, a Colorado limited liability company,<br><br>Defendants | Case No. 5:14-cv-00735-LHK<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Hearing Date: September 23, 2015<br>Hearing Time: 2:00 p.m.<br>Hearing Judge: Lucy H. Koh<br>Hearing Courtroom: 8, 4th Floor<br>Hearing Location: 280 South First Street<br>San Jose, California |

The parties in the above-entitled action hereby submit this Joint Case Management Statement for the further case management conference to be conducted on September 23, 2015, at 2:00 p.m., pursuant to Civ. L.R. 16-10(d) and the Court's September 17, 2015 Notice (ECF No. 125)

**EVENTS SINCE LAST CASE MANAGEMENT CONFERENCE**

**1.    Procedural History**

Prior to the Case Management Conference on June 17, 2015, on June 4, 2015, the Court entered its Order Granting in Part and Denying in Part Motion for Class Certification. (ECF No.

109). On July 31, 2015, the parties reached an agreement in principle to settle the case on a class basis. On September 2, 2015, the parties entered into a signed Settlement Agreement. (ECF No. 123). The Court vacated the Settlement Conference scheduled for September 4, 2015. (ECF No. 124)

On September 17, 2015, Defendants presented Plaintiff with a draft Motion for Preliminary Approval of Class Settlement. On September 21, 2015, Plaintiff provided her revisions.

## II.     Defendants' Statement

In light of the progress made with respect to the Motion for Preliminary Approval of Class Settlement, Defendants request either a telephone appearance at the September 23, 2015 Case Management Conference, or that the Case Management Conference to continued to coincide with the hearing of the Motion for Preliminary Approval. Defendants expect that the parties will be filing the Motion within a week.

## III.    Plaintiffs' Statement

Plaintiff agrees that the Case Management Conference should be continued to coincide with the hearing of the Motion for Preliminary Approval.

DATED: September 21, 2015                CARLSON & MESSER LLP


                                         By /s/ Stephen A. Watkins
                                             Charles R. Messer
                                             David J. Kaminski
                                             Stephen A. Watkins
                                             Attorneys for Defendants,
                                             PERSOLVE, LLC and STRIDE CARD, LLC


DATED: September 21, 2015                CONSUMER LAW CENTER, INC.

                                         By /s/ Fred W. Schwinn
                                             Fred W. Schwinn
                                             Raeon R. Roulston
                                             Attorneys for Plaintiff,
                                             SANDRA LEE JACOBSON