UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA LEE JACOBSON,<br><br>Plaintiff,<br><br>v.<br><br>PERSOLVE, LLC, et al.,<br><br>Defendants. | Case No. 14-CV-00735-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference set for September 23, 2015 is continued to October 7, 2015 at 2 p.m.  The parties shall file their Motion for Preliminary Approval by Monday, September 28, 2015.  If the parties do not file their Motion for Preliminary Approval by September 28, the parties shall file a joint case management statement by Wednesday, September 30, 2015.

**IT IS SO ORDERED.**

Dated: September 21, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No. 14-CV-00735-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE