UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SANDRA LEE JACOBSON,<br><br>   Plaintiff,<br><br>   v.<br><br>PERSOLVE, LLC, et al.,<br><br>   Defendants. | Case No. 14-CV-00735-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Raeon Roulston
Defendants' Attorney: Stephen Watkins

The Court held a preliminary settlement approval hearing on January 28, 2016.

The parties shall file their revised settlement documents and an amended motion for preliminary approval by February 11, 2016 at 2 p.m.  The Court set a further preliminary approval hearing for February 12, 2016 at 3:30 p.m.

**IT IS SO ORDERED.**

Dated: January 28, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No. 14-CV-00735-LHK
CASE MANAGEMENT ORDER