UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA LEE JACOBSON,<br><br>Plaintiff,<br><br>v.<br><br>PERSOLVE, LLC, et al.,<br><br>Defendants. | Case No. 14-CV-00735-LHK<br><br>**ORDER RE PRELIMINARY APPROVAL** |

In a proposed class action settlement, the class must have an opportunity to object to class counsel's motion for attorney's fees and costs before the Court grants final approval of the class action settlement. Thus, the motion for attorney's fees and costs must be heard at the same time as the motion for final approval of class action settlement. In the instant case, the parties' Second Amended Class Action Settlement Agreement, which was filed on February 11, 2016, provides for the filing of the Motion for Attorney's Fees and Costs within 30 days after final approval of the class action settlement and the Court's entry of final judgment. ECF No. 135-2 ¶ 18. The Court cannot preliminarily approve this settlement. If the parties wish to file a second amended joint motion for preliminary approval of class action settlement, they must do so by 1 p.m. on Friday, February 12, 2016. Otherwise, the hearing on the Amended Joint Motion for Preliminary

Approval of Class Action Settlement will proceed as scheduled on Friday, February 12, 2016 at 3:30 p.m.

**IT IS SO ORDERED.**

Dated: February 11, 2016

_____
LUCY H. KOH
United States District Judge