Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (Pro Hac Vice)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois  60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiff
SANDRA LEE JACOBSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SANDRA LEE JACOBSON, on behalf of herself and all others similarly situated,<br><br>                 Plaintiff,<br>v.<br><br>PERSOLVE, LLC, D/B/A ACCOUNT RESOLUTION ASSOCIATES, a Delaware limited liability company; and STRIDE CARD, LLC, a Colorado limited liability company,<br><br>                 Defendants. | Case No. 5:14-CV-00735-LHK-HRL<br><br>**NOTICE OF HEARING ON JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date:     December 1, 2016<br>Hearing Time:     1:30 p.m.<br>Hearing Judge:    Lucy H. Koh<br>Hearing Courtroom:  8, 4th Floor<br>Hearing Location:  280 South First Street<br>                               San Jose, California |

      PLEASE TAKE NOTICE that on December 1, 2016, at 1:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 8 of the United States District Court located at 280 South First Street, San Jose, California, before the Honorable Lucy H. Koh, United States District Judge, Plaintiff, SANDRA LEE JACOBSON, and Defendants, PERSOLVE, LLC, and STRIDE CARD, LLC, will jointly move the Court for Final Approval of the parties' Class Action Settlement.

1  Said motion is based on the ground that the settlement is fair and class notice has been sent in
2  accordance with due process principles and there are no objections to the class settlement.
3  
4  The motion is based on the accompanying memorandum of points and authorities, the pleadings
5  and papers on file herein, and other such matter as may be presented to the Court at the time of the
6  hearing.
7  oo0oo

| | |
|---|---|
| | CONSUMER LAW CENTER, INC. |
| Dated:  November 23, 2016 | By: /s/ Raeon R. Roulston<br>Fred W. Schwinn (SBN 225575)<br>Raeon R. Roulston (SBN 255622)<br>12 South First Street, Suite 1014<br>San Jose, California  95113-2418<br>Telephone Number: (408) 294-6100<br>Facsimile Number: (408) 294-6190<br>Email Address: fred.schwinn@sjconsumerlaw.com |
| | O. Randolph Bragg (Pro Hac Vice)<br>HORWITZ, HORWITZ & ASSOCIATES, LTD.<br>25 East Washington Street, Suite 900<br>Chicago, Illinois  60602-1716<br>Telephone Number: (312) 372-8822<br>Facsimile Number: (312) 372-1673<br>Email Address: rand@horwitzlaw.com |
| | Attorneys for Plaintiff<br>SANDRA LEE JACOBSON |
| | CARLSON & MESSER, LLP |
| Dated:  November 23, 2016 | By: /s/ David J. Kaminski<br>Charles R. Messer (SBN 101094)<br>David J. Kaminski (SBN 128509)<br>Stephen A. Watkins (SBN 205175)<br>CARLSON & MESSER, LLP<br>5959 W. Century Boulevard, Suite 1214<br>Los Angeles, California  90045<br>Telephone: (310) 242-2200<br>Facsimile: (310) 242-2222 |
| | Attorneys for Defendants<br>PERSOLVE, LLC,<br>and STRIDE CARD, LLC |