UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA LEE JACOBSON,<br><br>    Plaintiff,<br><br>    v.<br><br>PERSOLVE, LLC, et al.,<br><br>    Defendants. | Case No. 14-CV-00735-LHK<br><br>**JUDGMENT** |

It is hereby ORDERED that final judgment in this matter is entered in accordance with the Court's Order Granting Final Approval of Class Action Settlement, ECF No. 161, and the Court's Order Granting in Part and Denying in Part Plaintiff's Motion for Attorney's Fees and Costs, ECF No. 160.

Named Plaintiff Sandra Lee Jacobson and the Rule 23 Class Members shall take nothing from Defendants Persolve, LLC or Stride Card, LLC in this action except as specifically set forth in the Settlement Agreement, ECF No. 148-3.

The following individuals opted out of the Settlement and are not bound by the judgment in this case: Sandra Vanduyne and Wilson Invencion.  ECF No. 156-2 ¶ 5.

The Court shall retain jurisdiction over the parties to interpret, implement and enforce this

1 Judgment.

2 The Clerk shall close the case file.

3 **IT IS SO ORDERED.**

5 Dated: December 14, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge