EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
Fred W. Schwinn (SBN 225575)
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California  95113-2418
TEL NO.: (408) 294-6100   FAX NO. *(optional):* (408) 294-6190
E-MAIL ADDRESS *(Optional):* fred.schwinn@sjconsumerlaw.com
[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** U.S. District Court
STREET ADDRESS: Northern District of California
MAILING ADDRESS: 280 South First Street
CITY AND ZIP CODE: San Jose, CA  95113
BRANCH NAME: San Jose Division

PLAINTIFF: SANDRA LEE JACOBSON
DEFENDANT: PERSOLVE, LLC, et al.

**ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS**  [ ] Amended

CASE NUMBER: 5:14-CV-00735-LHK-HRL

*FOR RECORDER'S USE ONLY*
*FOR COURT USE ONLY*

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      **Name and last known address**
      ```
      Persolve, LLC
      9301 Corbin Avenue, Suite 1600
      Northridge, CA  91324
      ```
   b. Driver's license no. [last 4 digits] and state:   [X] Unknown
   c. Social security no. [last 4 digits]:   [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Persolve, LLC, c/o Edit Alexandryan, Agent for Service of Process
      9301 Winnetka Avenue, Suite B, Chatsworth, California  91311-6079

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*::
   Sandra Lee Jacobson, c/o Fred W. Schwinn
   12 South First Street, Suite 1014
   San Jose, CA  95113-2418

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: January 25, 2017
Fred W. Schwinn (SBN 225575)
(TYPE OR PRINT NAME)

▶ /s/ Fred W. Schwinn
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $  162,514.22
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* December 14, 2016
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [ ] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date):*

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

*Martin Dean's* **ESSENTIAL FORMS**™

**ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: SANDRA LEE JACOBSON | COURT CASE NO: |
|---|---|
| DEFENDANT: PERSOLVE, LLC, et al. | 5:14-CV-00735-LHK-HRL |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Stride Card, LLC
700 Seventeenth Street, Suite 200
Denver, CA  80202

Driver's license no. [last 4 digits] and state:     ☒ Unknown
Social security no. [last 4 digits]:                        ☒ Unknown

Summons was personally served at or mailed to *(address)* :
Stride Card, LLC
c/o Jacques Machol, III, Agent for Service
700 Seventeenth Street, Suite 200
Denver, CA  80202

17. Name and last known address

Driver's license no. [last 4 digits] and state:     ☐ Unknown
Social security no. [last 4 digits]:                        ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state:     ☐ Unknown
Social security no. [last 4 digits]:                        ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state:     ☐ Unknown
Social security no. [last 4 digits]:                        ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.